## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### (CENTRAL DIVISION)

|  |  |  |
|---|---|---|
| **ABEL RAMIREZ,** *et al.* | ) | Civil Action No. **2:18-CV-176-LAB-MEH** |
|  | ) |  |
| **Plaintiffs,** | ) |  |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **JORDAN REDDISH,** *et al.* | ) | **HON. LARRY A. BURNS** |
|  | ) | **HON. MICHAEL E. HEGARTY** |
| **Defendants.** | ) | **(SITTING BY DESIGNATION)** |
|  | ) |  |

## JUDGMENT FOLLOWING JURY VERDICT

This action came before the Court for trial by jury from July 11, 2022 through July 14, 2022. On July 14, 2022, the jury returned a unanimous verdict in favor of Individual Defendants Daniel Ferron, Jared Golding, Casey Nelson, Jason Roothoff, Jordan Reddish, and Karson Welch on Counts 1, 2, and 13. (*See* Dkt. 373).

Accordingly, **IT IS HEREBY ORDERED** and **ADJUDGED** that in the above-entitled action, Judgment is entered in favor of Defendant United States of America, and Individual Defendants Walter Bockholt, Nick Chournos, Steven Douglas, Daniel Ferron, Jared Golding, Casey Nelson, Jason Roothoff, Jordan Reddish, Charlie Sandness, Derryl Spencer, Tyler Webster, and Karson Welch on all Counts asserted in this litigation.

Date: August 1, 2022

_____
Hon. Larry A. Burns
United States District Judge